FILED

2013 NOV 22  PM 4: 50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 13 **CR13 - 0832** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [18 U.S.C. § 287: Making False |
| | ) | and Fraudulent Claims; 18 U.S.C. |
| JOHN METTERS, | ) | § 641: Theft of Government |
| | ) | Property; 18 U.S.C. § 1028A: |
| Defendant. | ) | Aggravated Identity Theft; 18 |
| | ) | U.S.C. § 2(b): Causing an Act to |
| | ) | Be Done] |
| | ) | |

The Grand Jury charges:

COUNTS ONE through TWENTY-ONE

[18 U.S.C. §§ 287, 2(b)]

On or about the dates set forth below, in San Bernardino
County, within the Central District of California, and
elsewhere, defendant JOHN METTERS knowingly made and presented,
and caused to be made and presented, to the Internal Revenue
Service, a department and agency of the United States, the
following false, fictitious, and fraudulent claims against the
United States, that is, the below-listed federal income tax
returns falsely claiming tax refunds, knowing that each claim

was false, fictitious, and fraudulent in that the named filers did not have the earned income, gross distributions, and federal income tax withholdings reported and were not entitled to the tax refunds claimed on the returns:

| COUNT | DATE | FALSE CLAIM |
|-------|------|-------------|
| ONE | 2/06/09 | A 2008 federal income tax return in the name of T.W. Sr., claiming a refund of $20,630 |
| TWO | 2/11/09 | A 2008 federal income tax return in the name of V.C., claiming a refund of $8,965 |
| THREE | 2/18/09 | A 2008 federal income tax return in the name of D.C., claiming a refund of $16,211 |
| FOUR | 2/19/09 | A 2008 federal income tax return in the name of M.B., claiming a refund of $10,007 |
| FIVE | 2/19/09 | A 2008 federal income tax return in the name of B.M., claiming a refund of $9,310 |
| SIX | 2/19/09 | A 2008 federal income tax return in the name of T.W. Jr., claiming a refund of $7,149 |
| SEVEN | 2/22/09 | A 2008 federal income tax return in the name of L.F., claiming a refund of $12,285 |
| EIGHT | 2/22/09 | A 2008 federal income tax return in the name of A.B., claiming a refund of $10,454 |
| NINE | 2/27/09 | A 2008 federal income tax return in the name of D.A.W., claiming a refund of $15,890 |
| TEN | 3/04/09 | A 2008 federal income tax return in the name of T.H., claiming a refund of $9,362 |
| ELEVEN | 3/23/09 | A 2008 federal income tax return in the name of S.H., claiming a refund of $40,036 |

| | | |
|---|---|---|
| TWELVE | 4/15/09 | A 2008 federal income tax return in the names of V.L. and G.S., claiming a refund of $18,779 |
| THIRTEEN | 4/16/09 | A 2008 federal income tax return in the names of D.W. and R.W., claiming a refund of $6,638 |
| FOURTEEN | 6/04/09 | A 2007 federal income tax return in the name of S.H., claiming a refund of $16,374 |
| FIFTEEN | 1/27/10 | A 2009 federal income tax return in the name of V.C., claiming a refund of $9,647 |
| SIXTEEN | 2/05/10 | A 2009 federal income tax return in the name of M.B., claiming a refund of $10,584 |
| SEVENTEEN | 4/16/10 | A 2009 federal income tax return in the name of D.C., claiming a refund of $3,750 |
| EIGHTEEN | 2/07/11 | A 2010 federal income tax return in the name of B.M., claiming a refund of $11,900 |
| NINETEEN | 2/08/11 | A 2010 federal income tax return in the name of A.B., claiming a refund of $9,140 |
| TWENTY | 2/13/11 | A 2010 federal income tax return in the name of S.H., claiming a refund of $8,732 |
| TWENTY-ONE | 2/24/11 | A 2010 federal income tax return in the name of M.B., claiming a refund of $9,662 |

COUNTS TWENTY-TWO through THIRTY-SEVEN

[18 U.S.C. § 641]

On or about the dates set forth below, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") embezzled, stole, purloined, and knowingly converted to his own use and the use of another money and property of the United States, that is, the below-listed United States Treasury Department tax filer refunds ("Treasury refund"), each having a value greater than $1,000, to which defendant METTERS knew that neither he nor the below-listed tax filers were entitled:

| COUNT | DATE | APPROXIMATE AMOUNT OF TREASURY REFUND |
|-------|------|----------------------------------------|
| TWENTY-TWO | 2/20/09 | $20,190.15 to be paid to tax filer T.W. Sr. |
| TWENTY-THREE | 2/20/09 | $8,825.15 to be paid to tax filer V.C. |
| TWENTY-FOUR | 3/06/09 | $16,071.15 to be paid to tax filer D.C. |
| TWENTY-FIVE | 3/06/09 | $9,567.15 to be paid to tax filer M.B. |
| TWENTY-SIX | 3/06/09 | $9,272.15 to be paid to tax filer B.M. |
| TWENTY-SEVEN | 3/06/09 | $7,009.15 to be paid to tax filer T.W. Jr. |
| TWENTY-EIGHT | 3/06/09 | $11,396.78 to be paid to tax filer L.F. |
| TWENTY-NINE | 3/13/09 | $10,314.15 to be paid to tax filer A.B. |
| THIRTY | 5/01/09 | $18,609.15 to be paid to tax filers V.L. and G.S. |
| THIRTY-ONE | 5/01/09 | $6,468.15 to be paid to tax filers D.W. and R.W. |
| THIRTY-TWO | 5/08/09 | $2,814.80 to be paid to tax filer T.H. |
| THIRTY-THREE | 5/26/09 | $40,036 to be paid to tax filer S.H. |
| THIRTY-FOUR | 6/26/09 | $15,858.48 to be paid to tax filer D.A.W. |

4

| | | |
|---|---|---|
| 1 | THIRTY-FIVE | 7/21/09 | $16,374 to be paid to tax filer S.H. |
| 2 | THIRTY-SIX | 2/05/10 | $9,550.15 to be paid to tax filer V.C. |
| 3 | THIRTY-SEVEN | 5/21/10 | $10,487.98 to be paid to tax filer M.B. |

1

2

3

4

5

6

7

8

9

10

11

12

COUNT THIRTY-EIGHT

[18 U.S.C. § 1028A]

On or about February 6, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are T.W. Sr., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Twenty-Two of this Indictment.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

COUNT THIRTY-NINE

2

[18 U.S.C. § 1028A]

3       On or about February 11, 2009, in San Bernardino County,

4  within the Central District of California, and elsewhere,

5  defendant JOHN METTERS ("METTERS") knowingly possessed and used,

6  without lawful authority, a means of identification that

7  defendant METTERS knew belonged to another person, that is, the

8  name and Social Security Account number of a tax filer whose

9  initials are V.C., during and in relation to a felony violation

10  of Title 18, United States Code, Section 641, Theft of

11  Government Property, as charged in Count Twenty-Three of this

12  Indictment.

COUNT FORTY

[18 U.S.C. § 1028A]

On or about February 18, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are D.C., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Twenty-Four of this Indictment.

COUNT FORTY-ONE

[18 U.S.C. § 1028A]

On or about February 19, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are M.B., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Twenty-Five of this Indictment.

COUNT FORTY-TWO

[18 U.S.C. § 1028A]

On or about February 19, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are B.M., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Twenty-Six of this Indictment.

COUNT FORTY-THREE

[18 U.S.C. § 1028A]

On or about February 19, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are T.W. Jr., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Twenty-Seven of this Indictment.

COUNT FORTY-FOUR

[18 U.S.C. § 1028A]

On or about February 22, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are L.F., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Twenty-Eight of this Indictment.

COUNT FORTY-FIVE

[18 U.S.C. § 1028A]

On or about February 22, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are A.B., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Twenty-Nine of this Indictment.

1                          COUNT FORTY-SIX

2                        [18 U.S.C. § 1028A]

3          On or about February 27, 2009, in San Bernardino County,

4    within the Central District of California, and elsewhere,

5    defendant JOHN METTERS ("METTERS") knowingly possessed and used,

6    without lawful authority, a means of identification that

7    defendant METTERS knew belonged to another person, that is, the

8    name and Social Security Account number of a tax filer whose

9    initials are D.A.W., during and in relation to a felony

10   violation of Title 18, United States Code, Section 641, Theft of

11   Government Property, as charged in Count Thirty-Four of this

12   Indictment.

COUNT FORTY-SEVEN

[18 U.S.C. § 1028A]

On or about March 4, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are T.H., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Thirty-Two of this Indictment.

COUNT FORTY-EIGHT

[18 U.S.C. § 1028A]

On or about March 23, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are S.H., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Thirty-Three of this Indictment.

COUNT FORTY-NINE

[18 U.S.C. § 1028A]

On or about April 15, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, means of identification that defendant METTERS knew belonged to another person, that is, the names and Social Security Account numbers of tax filers whose initials are V.L. and G.S., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Thirty of this Indictment.

1

COUNT FIFTY

2

[18 U.S.C. § 1028A]

3      On or about April 16, 2009, in San Bernardino County,

4  within the Central District of California, and elsewhere,

5  defendant JOHN METTERS ("METTERS") knowingly possessed and used,

6  without lawful authority, means of identification that defendant

7  METTERS knew belonged to another person, that is, the names and

8  Social Security Account numbers of tax filers whose initials are

9  D.W. and R.W., during and in relation to a felony violation of

10  Title 18, United States Code, Section 641, Theft of Government

11  Property, as charged in Count Thirty-One of this Indictment.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FIFTY-ONE

[18 U.S.C. § 1028A]

On or about June 4, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are S.H., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Thirty-Five of this Indictment.

COUNT FIFTY-TWO

[18 U.S.C. § 1028A]

On or about January 27, 2010, in San Bernardino County, within the Central District of California, and elsewhere, defendant JOHN METTERS ("METTERS") knowingly possessed and used, without lawful authority, a means of identification that defendant METTERS knew belonged to another person, that is, the name and Social Security Account number of a tax filer whose initials are V.C., during and in relation to a felony violation of Title 18, United States Code, Section 641, Theft of Government Property, as charged in Count Thirty-Six of this Indictment.

1                          COUNT FIFTY-THREE

2                         [18 U.S.C. § 1028A]

3          On or about February 5, 2010, in San Bernardino County,

4    within the Central District of California, and elsewhere,

5    defendant JOHN METTERS ("METTERS") knowingly possessed and used,

6    without lawful authority, a means of identification that

7    defendant METTERS knew belonged to another person, that is, the

8    name and Social Security Account number of a tax filer whose

9    initials are M.B., during and in relation to a felony violation

10   of Title 18, United States Code, Section 641, Theft of

11   Government Property, as charged in Count Thirty-Seven of this

12   Indictment.

13                                   A TRUE BILL

14

15                                   _____/S/_____
                                     FOREPERSON

16   ANDRÉ BIROTTE JR.
     United States Attorney
17

18

19   ROBERT E. DUGDALE
     Assistant United States Attorney
20   Chief, Criminal Division

21   RODRIGO A. CASTRO-SILVA
     Assistant United States Attorney
22   Chief, Organized Crime Drug
        Enforcement Task Force Section
23
     ROB B. VILLEZA
24   Assistant United States Attorney
     Deputy Chief, Organized Crime Drug
25      Enforcement Task Force Section

26   NICHOLAS PILGRIM
     Assistant United States Attorney
27   Organized Crime Drug Enforcement
        Task Force Section

28

                                   21