**LAW OFFICE OF JEROME J. HAIG**
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone: (424) 488-0686 – office
Fax: (424) 271-5990
E-mail: jerome@jeromehaiglaw.com

Attorney for Defendant
JOHN METTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN METTERS,<br><br>Defendant. | Case No: CR 13-832-ODW-1<br><br>DEFENDANT JOHN METTERS' SUPPLEMENTAL FILING RE: SENTENCING; EXHIBITS<br><br>Date: February 6, 2017<br>Time: 10:00 am |

Defendant JOHN METTERS, by and through his counsel of record, Jerome J. Haig, hereby provides the Court with additional exhibits in support of his Sentencing Memorandum: Letters of support.

Dated: February 2, 2017          Respectfully submitted,


                                 *Jerome J. Haig*
                                 Jerome J. Haig
                                 Attorney for defendant
                                 JOHN METTERS

1

DEFENDANT'S SUPPLEMENTAL SENTENCING FILING