To the Honorable:

Judge Otis Wright

Dear Judge

My name is RICHARD BONILLA, I am writing this letter in the hopes that it will help you to see what kind of person John Metters is, despite the transgressions that led us all to this point.

John is a person I look up to as a mentor, one that loves people, I would say he trust a lot of people, and because he is like this, he has been caught up in a world of trouble that I know he truly regrets.  John told me he is so shamed of his behavior and actions he has caused to others mainly others than himself and has asked the dear lord for forgiveness.

This is really a good man that deserves a second chance to continue to live in society. I believe he will continue to obey the laws of the land, and to continue to live in this world as law abiding citizen.

Judge I want to thank you for considering my letter weather it helps John or not, this is a good man.  I believe all men deserve a second chance.  But it's your decision, and whatever it is we are grateful for it. And may God be with you on making this decision. And may God continue to bless you.

*Richard Bonilla*

11/13/16