November 3, 2016

Dear Honorable Judge Otis Wright,

Hello, I am writing in regards to my friend John Metters, who is appearing before your court due to his actions.

John is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known John for 21 years, and in that time I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He just needs more people to believe in him so that he can become the person I know he can be.

John has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, he needs you to give him an opportunity to get a second chance. I recognize that John broke the law, and I do not believe that he should get off without punishment. I just hope you will recognize the power you wield with regard to the future of this man, and make a fair decision.

Thank you,

Rudy Delgado Jr.