To the Honorable:

Judge Otis Wright

Dear Judge

My name is RICHARD BONILLA, I am writing this letter in the hopes that it will help you to see what kind of person John Metters is, despite the transgressions that led us all to this point.

John is a person I look up to as a mentor, one that loves people, I would say he trust a lot of people, and because he is like this, he has been caught up in a world of trouble that I know he truly regrets. John told me he is so shamed of his behavior and actions he has caused to others mainly others than himself and has asked the dear lord for forgiveness.

This is really a good man that deserves a second chance to continue to live in society. I believe he will continue to obey the laws of the land, and to continue to live in this world as law abiding citizen.

Judge I want to thank you for considering my letter weather it helps John or not, this is a good man. I believe all men deserve a second chance. But it's your decision, and whatever it is we are grateful for it. And may God be with you on making this decision. And may God continue to bless you.

Richard Bonilla

11/13/16

November 3,2016

Dear Honorable Judge Otis Wright,

Hello, I am writing in regards to my friend John Metters, who is appearing before your court due to his actions.

John is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known John for 21 years, and in that time I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He just needs more people to believe in him so that he can become the person I know he can be.

John has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, he needs you to give him an opportunity to get a second chance. I recognize that John broke the law, and I do not believe that he should get off without punishment. I just hope you will recognize the power you wield with regard to the future of this man, and make a fair decision.

Thank you,

Rudy Delgado Jr.

## To the Honorable Judge

Dear Judge Otis Wright

Your Honor, I am writing to you, to let you know I respectfully accept your decision and the court decision whatever it may be. I just want you to know, I am truly sorry for my actions, and the hurt I have caused to others. This has been a troubling matter of hurt to my heart, as I am always striving to help and do for others.

A Wiseman told me "son remember this and never forget it, whatever you sow you will also reap, you can't plant okra and reap tomatoes"   This was my Dad sayings, who passed away at 85 years of age in year 2000. I believe God does all things your honor, at the end of the day I just want to make it to the kingdom and live everlasting life, and while my time here on earth is lived, I want it to be, helping all men unto God. This is truly and always has been my vision and want.

Your Honor I am 53 and will be 54 this June 7th 2017 I want to ask you for mercy and forgiveness of this court and to the victims that has been hurt because of my wrongful doings. Please pray for me, that god has mercy on my soul, I am asking this of you, because Judges (you) are ministers of God. And I know that god will hear your prayers. Again I am Sorry! And may God continue to bless and keep you. Thank you for taking the time to read my letter.

Sincerely:
John Mark Metters
02/02/2017